# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 22-5104** | **September Term, 2022** |
| | FILED ON: AUGUST 29, 2023 |

ASCENDIUM EDUCATION SOLUTIONS, INC.,
        APPELLEE

v.

MIGUEL A. CARDONA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF EDUCATION AND DEPARTMENT OF EDUCATION,
        APPELLANTS

---

Consolidated with 22-5117

Appeals from the United States District Court
for the District of Columbia
(No. 1:19-cv-03831)

Before: WILKINS, WALKER and PAN, *Circuit Judges*

### J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes be affirmed in part and reversed in part, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Michael C. McGrail
        Deputy Clerk

Date: August 29, 2023

Opinion for the court filed by Circuit Judge Pan.
Concurring opinion filed by Circuit Judge Walker.