# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5104**                                    **September Term, 2023**

**1:19-cv-03831-CJN**

**Filed On: October 23, 2023** [2023320]

Ascendium Education Solutions, Inc.,

      Appellee

   v.

Miguel A. Cardona, In his official capacity
as Secretary of the Department of
Education and Department of Education,

      Appellants


------------------------------

Consolidated with 22-5117

## M A N D A T E

    In accordance with the judgment of August 29, 2023, and pursuant to Federal
Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.


                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:   /s/
                      Daniel J. Reidy
                      Deputy Clerk


Link to the judgment filed August 29, 2023